UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN CARSON,

    Petitioner,

v.                                    Case No. 6:05-cv-731-Orl-19JGG
                                          (6:91-cr-146-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. section 2255 (Doc. No. 1, filed May 13, 2005); however, Petitioner previously filed Case Number 6:95-cv-533-Orl-19 (Doc. No. 1, filed May 22, 1995, in this Court, which was dismissed by the Court on February 6, 1996 (Doc. No. 3). Thus, the present motion is a second or successive application for relief. Before Petitioner will be permitted to file a second or successive section 2255 motion in this Court, he must move in the Eleventh Circuit Court of Appeals for an order authorizing the district court to consider the motion. *See* 28 U.S.C. § § 2244, 2255. For this reason, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit Court of Appeals.

Petitioner should be aware that section 2255 limits the circumstances under which the Court of Appeals will authorize the filing of a second or successive motion. Furthermore, section 2255 imposes a time limitation on the filing of a motion. Petitioner, in seeking relief in the Court of Appeals, should be cognizant of both of these provisions.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court is directed to close this case.

3. All pending motions are **DENIED** as moot.

4. The Clerk of the Court is directed to terminate the motion to vacate, set aside, or correct an illegal sentence pursuant to 28 U.S.C. § 2255 (Criminal Case Doc. No. 833, filed May 13, 2005) pending in case number 6:91-cr-146-Orl-19JGG.

**DONE AND ORDERED** at Orlando, Florida, this 25th day of May, 2005.

```
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT
```

Copies to:
pslc 5/25
Counsel of Record
Brian Carson